for the balance.

THE COURT: Mr. Norris?

MR. NORRIS: Your Honor, there was a prior motion to reduce the bond.

THE COURT: There were a number of them.

MR. NORRIS: And the ground was that the Defendant was unable to come up with the security or the collateral for the bond, and, yet, he was able to.

The Defendant is charged here in a cocaine conspiracy and is, according to the file, a Colombian national and the Government feels that the bond in the amount that was set and was held is necessary to insure the Court that he continues to appear.

MR. AIKEN: The CD which the sister had pledged as security with the bonding company was in the amount of $27,000 (inaudible), the problem being is that the sister's money is tied up (inaudible) and she can't do anything with it.

I can appreciate the bonding company's concern, because their concern is that if that matures and they release their interest in it, then they are unsecured from that position. But, correspondingly, the Defendant has had a record of faithful appearances in this case, which has been pending for some time, and the Court is still secured to the extent that if you saw fit to reduce

it, still secured to the extent of $33,000, which is still a sizeable security bond.

THE COURT: What is the security on the 33,000?

MR. AIKEN: There is some money being held in security by the bondsman.

MR. O'ROURKE: I have the certificate of deposit.

THE COURT: Whose money is it, the 33,000?

MR. AIKEN: At this point in time it's the bondsman's.

THE COURT: No, I mean who posted the 33,000?

MR. AIKEN: Friends, relatives and the Defendant. In other words, the bondsman is secured to the extent of $33,000 in cash. So, if the Defendant fled, then, not only would the Court be secured, the bondsman -- The only question at this point in time is the sister needs the other $27,000 to close some real estate transactions and that money is being tied up.

What I would ask the Court to possibly consider is the reduction of the $35,000 surety bond, from a 60 to a 35, and convert 25 to a personal surety.

THE COURT: Does Mr. Velez' sister own any property at this time?

MR. AIKEN: I have to inquire of Mr. Velez. Does she own any real estate?

MR. VELEZ: (Inaudible.)

THE COURT: Does anyone know whether or not Mr.

Velez' sister owns a house or anything?

MR. AIKEN: Does she own a house?

MR. VELEZ: Well, she's paying for it, you know.

THE COURT: All right, what I'll do -- What I would be willing to do, Mr. Aiken, is to reduce the bond to $35,000 surety plus a $27,000 - $25,000 personal surety, as long as an affidavit of lien is filed against the sister's property. I don't want this bond. I remember very distinctly the bond hearings in this case. And my main concern has been from the beginning -- I really don't care about the money. I want to see that Mr. Velez stays here for the purpose of trial and my concern has been that unless he is bound by (inaudible) responsibilities, that his presence here is less probable that if he is (inaudible). That's what I want.

Now, I would be willing to consider the reduction if Mr. Velez' sister would be willing to sign an affidavit of lien on her home. I know you've been asking how much the home is valued at or what her equity interest is. I want an affidavit of lien on the home to guarantee the security of the additional personal surety.

MR. AIKEN: Can I confer with my client just one moment?

THE COURT: Sure.

MR. AIKEN: Your Honor, what I would ask the Court

to do, we would like an opportunity to confer with Mr. Velez' sister to see what she would be willing to do. I would ask the Court to reset this matter to tomorrow.

In the event the bondsman is secured this afternoon, he can notify the Court to take it off the docket and it won't be necessary to (inaudible) further.

In the alternative, if the bondsman is not secured today --

THE COURT: Well, as far as I'm concerned, let me clue you in right now, all of you. I was not a party to these arrangements regarding the CD and when this bond - bondsman's security terminated or when this CD was supposed to come to term. As far as the Court is concerned, until the Court lowers the bond or alters the bond, the bond is set at $60,000 surety and I hold Mr. Velez and the bondsman and everybody else liable on the bond.

MR. AIKEN: I understand. I think the bondsman's position is that they are not secured. They consider their bond in jeopardy and they are going to surrender Mr. Velez.

MR. O'ROURKE: That's our position.

THE COURT: Well, I can appreciate everyone's position in this and I think it can be worked out.

MR. AIKEN: I would ask the Court to reset it for

tomorrow, if you could, and that would give today for the bondsmen to work it out. If they can't work it out, I assume they will take whatever action they deem necessary tomorrow.

THE COURT: That's the only problem. I will advise the bondsmen that surrender of a Defendant - I don't remember what the statute is, 3146, whatever it is, is no longer permissible, the out and out surrender of a Defendant for some failure to abide by bondsmen's conditions of the bond.

Judge Mehrtens issued an order to that effect a long time ago and it is still in effect.

So, if any bondsman ever wishes to surrender a Defendant for any violation they feel is pending or has occurred, they may not surrender him without first notifying his counsel and arranging for a full due process hearing on the matter. I just tell the bondsmen this for future reference.

MR. AIKEN: Very good, Your Honor.

THE COURT: Set it for tomorrow and I hope you all can work it out.

(Whereupon, the tape of the hearing was concluded.)

---------------



GWINNETT COUNTY POLICE DEPARTMENT

CHARLES M. WALTERS
CHIEF OF POLICE

770 HI-HOPE ROAD • LAWRENCEVILLE, GA 30043 • P.O. BOX 602 • LAWRENCEVILLE, GA 30046
(770) 513-5210 • FAX (770) 513-5005

## FAX TRANSMISSION DATA

TO:

ATTENTION: KEVIN McQULLAN

COMPANY/AGENCY: DEA Fax # (954) 489-1920

FROM:

SENDER'S NAME: P.M. DUTY #1066 Fax #

DIVISION/SECTION: NORTH SIDE/CRT Phone # 770 513 5100

SUBJECT: CESAR VELEZ-VELEZ (REPORT)

DATE: 6/29/2009

PAGES TRANSMITTED: 5 (INCLUDING COVER SHEET)

INFORMATION:

GWINNETT CO S.O. SGT DESK (PD ONLY) (770) 619 6541
LT'S DESK (770) 619-6041

NOTICE

The pages comprising this facsimile transmission may contain confidential and/or privileged information from the Gwinnett County Police Department. This information is intended solely for use by the individual or entity named as the recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify this Department at 770-513-5210 immediately.

GCPD #211 Rev. 05/08/09



# GWINNETT COUNTY POLICE DE: 'ARTMENT

770 HI-HOPE ROAD • LAWRENCEVILLE, GA 30043 • P.O. BOX 602 • LA'' :ENCEVILLE, GA 30046
(770) 513-5000

A NATIONALLY ACCREDITED AGENCY

66

07/29/2009 16:12 FAX 770 932 4837 NORTHSIDE 002

# GWINNETT COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

REPORT DATE: 06-23-2009 | FAMILY VIOLENCE? ○ Yes ⊗ No | REP. TIME: 185[illegible] | CASE NUMBER: 090060724

## INCIDENT

| Field | Value |
|---|---|
| INCIDENT No. 1 | WANTED PERSON WANTED PERSON LOCATED |
| OFFENSE CODE | 7104 |
| COUNTS | 1 |
| ASSIGNMENT/SHIFT | NSPR |
| GZONE | 341002 |
| DIST | 3 |
| INCIDENT No. 2 | 40-6-21(3A) DISREGARD TRAFFIC LIGHT |
| OFFENSE CODE | 5299 |
| COUNTS | 1 |
| NATURE OF CALL | 7104 |
| REPORT TYPE | INCIDENT/ARREST |
| INCIDENT No. 3 | 40-5-20 VALID DRIVERS LICENSE REQUIRED |
| OFFENSE CODE | 5299 |
| COUNTS | 1 |
| JUVENILE INVOLVED? | ○ Yes ⊗ No |
| STUDENT? | ○ Yes ⊗ No |
| STUDENT WHERE? | |
| TIME FROM | 1805 |
| DATE FROM | 06-23-2009 |
| ALCOHOL INVOLVED? | ○ Yes ⊗ No |
| ALCOHOL INVOLVEMENT | |
| DRUGS INVOLVED? | ○ Yes ○ No |
| DRUG INVOLVEMENT | |
| DRUG TYPE | |
| TIME TO | 1845 |
| DATE TO | 06-23-2009 |

## PREMISE

| Field | Value |
|---|---|
| STREET ADDRESS - PREMISE | SR-20 (BUFORD DRIVE)/ GRAVEL SPRINGS ROA |
| SUBDIVISION / APARTMENT / SHOPPING C[illegible] | |
| [illegible]NAME | |
| CITY | BUFORD |
| STATE | GA |
| ZIP | 30518 |
| PREMISE VACANT? | ○ Yes ⊗ No |
| UNDER CONSTRUCTION? | ○ Yes ⊗ No |
| OFFENSE LOC | 1 |
| PRI[illegible] | 18 |
| TYPE | [illegible]IGHWAY |

## INVOLVED PERSONS

INVL: NAME (FULL) (last first middle initial): STREET ADDRESS:
SUBDIVISION / APARTMENT / SHOPPING CENTER NAME: CITY: STATE: GA ZIP: E-MAIL ADD[illegible]
RACE: ETHNICITY: SEX: DATE OF BIRTH: OLN: STATE: OCCUPATION: EM[illegible] [illegible]/SCHOOL:
TYPE: H HOME PHONE: TYPE: B BUS. PHONE: BUS EXT #: TYPE: C CELL PHONE: TYPE: O OTHER PHONE: MISC:

INVL: NAME (FULL) (last first middle initial): STREET ADDRESS:
SUBDIVISION / APARTMENT / SHOPPING CENTER NAME: CITY: STATE: GA ZIP: E-MAIL ADD[illegible]
RACE: ETHNICITY: SEX: DATE OF BIRTH: OLN: STATE: OCCUPATION: EM[illegible] [illegible]/SCHOOL:
TYPE: H HOME PHONE: TYPE: B BUS. PHONE: BUS EXT #: TYPE: C CELL PHONE: TYPE: O OTHER PHONE: MISC:

INVL: NAME (FULL) (last first middle initial): STREET ADDRESS:
SUBDIVISION / APARTMENT / SHOPPING CENTER NAME: CITY: STATE: GA ZIP: E-MAIL ADD[illegible]
RACE: ETHNICITY: SEX: DATE OF BIRTH: OLN: STATE: OCCUPATION: EM[illegible] [illegible]/SCHOOL:
TYPE: H HOME PHONE: TYPE: B BUS. PHONE: BUS EXT #: TYPE: C CELL PHONE: TYPE: O OTHER PHONE: MISC:

INVL: NAME (FULL) (last first middle initial): STREET ADDRESS:
SUBDIVISION / APARTMENT / SHOPPING CENTER NAME: CITY: STATE: GA ZIP: E-MAIL ADD[illegible]
RACE: ETHNICITY: SEX: DATE OF BIRTH: OLN: STATE: OCCUPATION: EM[illegible] [illegible]/SCHOOL:
TYPE: H HOME PHONE: TYPE: B BUS. PHONE: BUS EXT #: TYPE: C CELL PHONE: TYPE: O OTHER PHONE: MISC:

## OFFENDER

OFFENDER INVL: ARR | GZONE: 341002

| # | CHARGES | CHARGES CODE | WARRANT # | CITATION # |
|---|---|---|---|---|
| 1 | WANTED PERSON LOCATED | WANTED PERSO | W234762741 | |
| 2 | DISREGARD TRAFFIC LIGHT | 40-6-21(3A) | | L801081 |
| 3 | VALID DRIVERS LICENSE REQUIRED | 40-5-20 | | L801082 |

| Field | Value |
|---|---|
| ARREST LOCATION | SR-20 (BUFORD DRIVE)/ GRAVEL SPRINGS ROA |
| CITY | BUFORD |
| STATE | GA |
| ZIP | 30518 |
| NAME (FULL) (last first middle initial) OFFENDER | VELEZ-VELEZ CESAR A |
| ALIAS | |
| WEAPON | |
| COLOR | |
| DESCRIPTOR | |
| ALIAS | |
| STREET ADDRESS | 1167 CHRISTIANA XING |
| CITY | LAWRENCEVILLE |
| STA[TE] | G[A] |
| [ZIP] | [illegible]043 |
| RACE | H |
| ETHN | H |
| SEX | M |
| DATE OF BIRTH | 11-02-1957 |
| SSN | 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 |
| OLN | 25162609 |
| STATE | NC |
| OCCUPATION | |
| EMPLOYER / SCHOOL | |
| HAIR | BLK |
| EYE | BRO |
| WGT | 180 |
| HGT | 5' 07" |
| SKIN | LBR |
| MARKS | |
| TYPE | |
| DESCRIPTION | |
| TYPE: HOME PHONE | H |
| TYPE: BUS. PHONE | |
| BUS EXT | |
| TYPE: CELL PHONE | C (404) 610-8747 |
| TYPE: OTHER PHONE | O |

SUSPECT VEHICLE: OFFENDER VEHICLE:

| Field | Value |
|---|---|
| YEAR | 2008 |
| MAKE | HOND |
| MAKE LITERAL | HONDA |
| MODEL | |
| PILOT | PILOT |
| INVOLVEMENT | IMP IMPOUNDED |
| STYLE | VN |
| STYLE LITERAL | VAN, VAN TRAILER |
| COLOR | PLE |
| COLOR | PLE |
| LICENSE # | WX74K0 |
| STATE | GA |
| LIC YEAR | 2009 |
| LIC TYPE | |

## ADMIN

SOLVABILITY: ADMINISTRATIVE SECTION

| Field | Value |
|---|---|
| SOLVABILITY | KNS KNOWN SUSPECTS |
| WEATHER | 1 CLEAR |
| LIGHT | 1 DAYLIGHT |
| [ATTACH]MENTS | [SUPP]LEMENT(S) |
| Victim Prosecute | ⊗ Yes ○ No |
| Uniform Follow Up? | ○ Yes ⊗ No |
| Ofc Take Photos? | ○ Yes ⊗ No |
| CSI Called? | ○ Yes ⊗ No |
| CID called? | ○ Yes ⊗ No |
| Forward to CID? | ○ Yes ⊗ No |
| [Hate] Crime? | ⊗ No |
| Stranger to Stranger? | ○ Yes ○ No |
| Gang Related? | ○ Yes ○ No |
| Gang Name | |
| Case Status | AA CLEARED [illegible] |
| [illegible] | [illegible] - ADULT |
| Date Cleared | 06-23-2009 |
| Supplemental | ○ Yes ⊗ No |
| Impound? | ⊗ Yes ○ No |
| Statements? | ○ Yes ⊗ No |
| Other? | ○ Yes ⊗ No |
| Other Description | |

Badge #: B1066 | Officer: DUTY,PM

67

**REPORT DATE:** 06-23-2009 **REPORT TIME:** 1858

# GWINNETT COUNTY POLICE DEPARTMENT

**JUVENILE [illegible]?** ○ Yes ⦿ No **CASE NUMBER:** 090080724

**INVL:** ARR **NAME (FULL):** VELEZ-VELEZ CESAR A

**NATURE OF CALL:** 7104 **Report Type:** INCIDENT/ARRE[illegible]

**NARRATIVE:**

ON 6/23/2009 AT APPROXIMATELY 1750 HOURS I WAS MONITORING TRAFFIC ON SR-20 (BUFORD DRIVE) IN BUFORD I[illegible] [M]ARKED PATROL CAR. AT THIS TIME I OBSERVED A PURPLE HONDA PILOT TURN RIGHT ON A RED ARROW (MEANING OF TRAFFIC SIGNAL) AT GRA[illegible] [S]PRINGS ROAD. AFTER SEEING THIS VIOLATING I INITIATED A TRAFFIC STOP. AFTER THE VEHICLE STOPPED I APPROACHED THE VEHICLE ON [THE] [D]RIVER'S SIDE. I INFORMED THE DRIVER (CESAR AUGUSTO VELEZ-VELEZ) THE REASON FOR THE TRAFFIC STOP AND ASKED FOR HIS DRIVER'S LIC[ENSE]. THE DRIVER HANDED ME A NORTH CAROLINA DRIVER'S LICENSE. I ASKED THE DRIVER IF THE ADDRESS ON HIS DRIVER'S LICENSE WAS HIS CURR[ENT] [A]DDRESS. THE DRIVER STATED "I LIVE AT 1167 CHRISTINA XING IN LAWRENCEVILLE". I THEN ASKED THE DRIVER HOW LONG HE HAS LIVED AT [illegible] [A]DDRESS IN LAWRENCEVILLE. THE DRIVER STATED "TEN YEARS". I THEN RETURNED TO MY PATROL CAR.

AFTER I WAS SEATED IN MY PATROL CAR I TOOK A CLOSER LOOK AT THE DRIVER'S LICENSE AND OBSERVED THA[T] [TH]E LICENSE WAS RENEWED IN OCTOBER OF 2007. FEELING THIS WAS SUSPICIOUS, I RAN THE DRIVER'S NAME THROUGH BOTH NORTH CAROLINA A[ND] [G]EORGIA. THE DRIVER DID NOT RETURN WANTED THROUGH NORTH CAROLINA. THE DRIVER RETURNED WANTED BY THE UNITED STATES MARSH[AL] [S]ERVICE FOR CONSPIRACY TO DISTRIBUTE COCAINE WHEN I RAN HIM THROUGH GEORGIA. AFTER RECEIVING THE WANTED HIT I HAD RADIO DISP[ATC]H CONFIRM THE THE WARRANT. AT APPROXIMATELY 1823 HOURS THE WARRANT WAS CONFIRMED. AT THIS TIME I PLACED THE DRIVER UN[DER] [A]RREST. THE DRIVER WAS THEN PLACED IN HAND CUFFS, WHICH WERE CHECKED FOR FIT, AND DOUBLE LOCKED. THE DRIVER WAS THEN SEARC[HED] [A]ND PLACED IN THE BACK SEAT OF MY PATROL CAR. AFTER THE DRIVER WAS SECURED IN MY PATROL CAR I HAD THE DRIVER'S VEHICLE IMPOU[NDED] BY WILLARD'S WRECKER SERVICE. AFTER THE VEHICLE WAS REMOVED I TRANSPORTED THE DRIVER TO THE GWINNETT COUNTY JAIL WITHOU[T] [INC]IDENT. AT APPROXIMATELY 1903 HOURS WE ARRIVED AT THE JAIL AND CUSTODY OF VELEZ-VELEZ WAS TURNED OVER TO THE GWINNETT COUNTY [illegible] [DE]PUTIES.

**CASE STATUS:** AA CLEARED ARREST - ADULT **DATE CLEARED:** 06-23-2009

**BADGE #:** B1066 **OFFICER:** DUTY,PM **Assignment/Shift:** NSPR

07/29/2009 16:13 FAX 770 932 4837 NORTHSIDE ±004

# GWINNETT COUNTY POLICE DEPARTMENT

## Property Crimes Supplemental

REPORT DATE: 06-23-2009 REPORT TIME: 1856 JUVENILE INVOLVED? ○ Yes ⊗ No

NATURE CALL: 7104 CASE NUMBER: 090060724

INSURANCE COMPANY: POLICY NUMBER:

VICTIM:

ENTRY METHOD: ENTRY METHOD LITERAL: ENTRY POINT: ENTRY POINT LITERAL: ALARM: ALARM LITERAL:

### --- PROPERTY OTHER THAN WEAPONS & VEHICLES ---

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

CAT: ARTICLE: QTY: CODE: BRAND: MODEL: SIZE:
SERIAL #: COLOR: VALUE: DISPO: OPTIONAL DESCRIPTION:

**DRUGS ONLY** CODE: DRUG TYPE: QUANTITY: MEASURE: CODE: DRUG TYPE: QUANTITY: MEASURE: CODE: DRUG TYPE: QUANTITY: MEASURE:

### --- FIREARMS ONLY ---

CODE: TYPE: MAKE: MODEL: SERIAL:
CAL: FINISH: BARREL LENGTH: MISC DESCRIPTION: VALUE: DISPO:

CODE: TYPE: MAKE: MODEL: SERIAL:
CAL: FINISH: BARREL LENGTH: MISC DESCRIPTION: VALUE: DISPO:

CODE: TYPE: MAKE: MODEL: SERIAL:
CAL: FINISH: BARREL LENGTH: MISC DESCRIPTION: VALUE: DISPO:

### --- VEHICLE INFORMATION ---

INVOLVEMENT: IMP IMPOUNDED TYPE: 2 TRUCK/VAN License Tag #: WX74K0 State: GA Year: 2008 Type: VIN: 5FNY2[illegible]5533 THEFT LOCATION:

YEAR: 2008 MAKE: HOND HONDA MODEL: PILOT

STYLE: VN VAN, VAN TRAILER COLOR: PLE COLOR: PLE VALUE: LIENHOLDER:

### --- VEHICLE RECOVERY INFORMATION ---

RECV DATE: STOLEN LOCATION / RECV LOC: CONDITION: RECV VALUE:

RECOVERED LOCATION: RECOVERY CITY: STATE:

REMARKS: RECOVERY LOCATION:

Badge #: B1066 Officer: DUTY,PM Assignment/Shift: NSPR

69

Joint Automated Booking System imited Official Use Page 1 of 3

User

JABS

Query Personal History

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

Trans ID: 23386669
FBI No: 651267T7
FBI Name: VELEZ,CESAR AGUSTO VELEZ
DOB: 11/02/1957
Date Arrested or Received: 06/29/2009

Package is: Current
Received: 06/29/2009 14:09:42

Charges:
5015 - Failure To Appear-

Personal History | Offender History | Photos | Fingerprints | Export | Change History | Rap Sheet

Printer Frier

Detention | Biographic | Arrested or Received | Booking | Identifiers | Vehicle | Incarceration | Separate Associates | Immediate Family

## General Information

FBI Name: VELEZ,CESAR AGUSTO VELEZ
FBI No: 651267T7
Trans ID: 23386
Aliases: NONE
Status: IAFIS Responded
Package ID: 66732C18CC7C35D132CD39044
Phone:
Address: 1441 GLENVIEW, LAWRENCILLE, GA 30043

## Detention Information

Re
Location:
Date:

## Biographic Information

Re
Gender: Male
Race: White
Ethnicity:
DOB: 11,
Hair: Gray or Partially Gray
Eye: Brown
Height: 5' 8"
Weight: 17
Identifying Characteristics (NCIC Code, Description): NONE
Marital Status: Divorced
Occupation: INSURANCE AGEN
Health Status: MED HIGH BLOOD PRESSURE
Education:
Medications: NONE
Birth City: CALI
Birth State: COLORADO
Birth Country:
Citizenship:

## Arrested or Received Information

Re

70

https://149.101.253.5/jabs/query_showPersonalHistory.do?transactionId=23386669&perso... 7/30/2009

**Officer Name:** | **Phone:**
**Jurisdiction:**

**Charges (Charge, Offense Date)**

| | |
|---|---|
| 5015 - Failure To Appear- | 06/29/2009 |

**Warrant Numbers**
NONE

**Agency:** USMS **ORI:** GAUSM0
**Agency Site:** , ATLANTA, GA, US **Date Arrested or Received:** 06/29/200

**Originating Agency**
**Agent:** **Phone:**
**Agency:** **Site:**

**Place Arrested or Received:** GWINNETT COUNTY, , ,
**Fingerprint Date:** 06/29/2009 **Armed Description:**
**Drug History:** **Mental Competency:**
**Special Handling:** **Arrested or Received Narrative:**

## Booking Information
Re

**Agent:** apearson, X **Phone:** 404-730-9219 **Agency:** USMS **ORI:** GAI
**Site:** , ATLANTA, GA, US **Role:** **Date:** 06/29/2009

## Offender Identification - Numeric Identifiers
Re

**Trans ID:** 23386669 **USMS/BOP No:** 61145019 **SSN:** 267670
**NADDIS No:** **Agency Case No:** **FBI No:** 651267
**INS No:**

## Identifying Documents
Re
NONE

## Vehicle Information
Ret
NONE

## Incarceration Information
Ret

**Sentence Expiration Date:**

| **Conviction** | **Sentence** |
|---|---|
| 5015 - Failure To Appear- | NOT YET DISPOSED |

## Separatee Information
Re
NONE

## Associate Information
Re
NONE

## Immediate Family Information
Ret

| Name | Relationship | Phone | Address |
|---|---|---|---|
| VELEZ, CEASAR | SON | 6783772409 (R) | 1167 CHRISTIANA CROSSING LAWRENCEVILLE, GA 30043 |

Limited Official Use

71

User

JABS

Query Photos

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

**Trans ID:** 23386669
**FBI No:** 651267T7
**FBI Name:** VELEZ,CESAR AGUSTO VELEZ
**DOB:** 11/02/1957
**Date Arrested or Received:** 06/29/2009

Package is **Current**
Received: 06/29/2009 14:09:42

**Charges:**
5015 - Failure To Appear-

Personal History | Offender History | Photos | Fingerprints | Export | Change History
Rap Sheet

**Printer Frier**

**Re**

**Date Taken:** 06/29/2009 **ORI Code:** GAUSM0100
**Pose:** **Pose Angle:** **Image Type:** FACE
**Description:**

**Associated Identifying Characteristics (NCIC Code, Description)**
NONE

**Re**

**Date Taken:** 06/29/2009 **ORI Code:** GAUSM0100
**Pose:** R **Pose Angle:** **Image Type:** FACE
**Description:**

**Associated Identifying Characteristics (NCIC Code, Description)**
NONE

**Limited Official Use**

73

User

JABS

Query Personal History

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

| | |
|---|---|
| **Trans ID:** | 23686855 |
| **FBI No:** | 651267T7 |
| **FBI Name:** | VELEZ,CESAR AGUSTO VELEZ |
| **DOB:** | 11/02/1957 |
| **Date Arrested or Received:** | 06/29/2009 |

Package is **Current**
Received: 07/22/2009 9:12:20

**Charges:**
5001 - Bail - Secured Bond

Personal History | Offender History | Photos | Fingerprints | Export | Change History | Rap Sheet

Printer Frier

Detention | Biographic | Arrested or Received | Booking | Identifiers | Vehicle | Incarceration | Separate | Associates | Immediate Family

## General Information

**FBI Name:** VELEZ,CESAR AGUSTO VELEZ **FBI No:** 651267T7 **Trans ID:** 23686

**Aliases**
NONE

**Status:** IAFIS Responded **Package ID:** 3BE6177A22F26BA2E50AD07748

**Phone:** 6786108747 (R);

**Address:** 1441 GLENVIEW CT, LAWRENCEVILLE, GA 30043

## Detention Information

Re

**Location:** **Date:**

## Biographic Information

Re

**Gender:** Male **Race:** White **Ethnicity:** **DOB:** 11,

**Hair:** Brown **Eye:** Brown **Height:** 5' 9" **Weight:** 18

**Identifying Characteristics (NCIC Code, Description)**
NONE

**Marital Status:** Divorced **Occupation:** INSURANCE SALESMAN

**Health Status:** **Education:**

**Medications**
NONE

**Birth City:** COLOMBIA **Birth State:**

**Birth Country:** COLOMBIA **Citizenship:** COLOMBIA

## Arrested or Received Information

Re

**Officer Name:** **Phone:**

74

**Jurisdiction:**

**Charges (Charge, Offense Date)**

| Charge | Offense Date |
|---|---|
| 5001 - Bail - Secured Bond | 06/29/2009 |

**Warrant Numbers**
NONE

**Agency:** USMS **ORI:** FLUSM
**Agency Site:** , FORT LAUDERDALE, FL, US **Date Arrested or Received:** 06/29/2

**Originating Agency**
**Agent:** **Phone:**
**Agency:** **Site:**

**Place Arrested or Received:** GWINNETT CO GA, , ,
**Fingerprint Date:** 07/22/2009 **Armed Description:**
**Drug History:** **Mental Competency:**
**Special Handling:** **Arrested or Received Narrative:** ARRESTED IN GA ON A04 WARRANT

## Booking Information
Re

**Agent:** jpayton, X **Phone:** 954-356-7256 **Agency:** USMS **ORI:** FLU
**Site:** , FORT LAUDERDALE, FL, US **Role:** **Date:** 07/22/2009

## Offender Identification - Numeric Identifiers
Re

**Trans ID:** 23686855 **USMS/BOP No:** 61145019 **SSN:** 267670
**NADDIS No:** **Agency Case No:** **FBI No:** 651267
**INS No:**

## Identifying Documents
Re

NONE

## Vehicle Information
Ref

NONE

## Incarceration Information
Ref

**Sentence Expiration Date:**

| Conviction | Sentence |
|---|---|
| 5001 - Bail - Secured Bond | NOT YET DISPOSED |

## Separatee Information
Re

NONE

## Associate Information
Ref

| Name | USMS/BOP No |
|---|---|
| NOLAN, WILLIAM | |

## Immediate Family Information
Ref

| Name | Relationship | Phone | Address |
|---|---|---|---|

75

Case 0:79-cr-06086-JIC Document 178-3 Entered on FLSD Docket 07/31/2009 Page 17 of 31

| | | | |
|---|---|---|---|
| VELEZ, CAESAR | SON | 6783772409 (R) | 1167 CHRISTIANA, LAWRENC GA 30043 |
| VELEZ, ALEX | SON | | SAME, LAWRENCEVILLE, GA |

Limited Official Use

76

User

JABS

Query Photos

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

**Trans ID:** 23686855
**FBI No:** 651267T7
**FBI Name:** VELEZ,CESAR AGUSTO VELEZ
**DOB:** 11/02/1957
**Date Arrested or Received:** 06/29/2009

Package is: **Current**
Received: 07/22/2009 9:12:20

**Charges:**
5001 - Bail - Secured Bond

Personal History | Offender History | Photos | Fingerprints | Export | Change History | Rap Sheet

**Printer Frier**

**Re**

**Date Taken:** 07/22/2009 **ORI Code:** FLUSM0700
**Pose:** **Pose Angle:** **Image Type:** FACE
**Description:**

**Associated Identifying Characteristics (NCIC Code, Description)**
NONE

**Re**

**Date Taken:** 07/22/2009 **ORI Code:** FLUSM0700
**Pose:** L **Pose Angle:** **Image Type:** FACE
**Description:**

**Associated Identifying Characteristics (NCIC Code, Description)**
NONE

**Limited Official Use**

77

User

JABS

Fingerprints

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

| | |
|---|---|
| **Trans ID:** | 23686855 |
| **FBI No:** | 651267T7 |
| **FBI Name:** | VELEZ,CESAR AGUSTO VELEZ |
| **DOB:** | 11/02/1957 |
| **Date Arrested or Received:** | 06/29/2009 |

| | |
|---|---|
| Package is | **Current** |
| Received: | 07/22/2009 9:12:20 |

**Charges:**
5001 - Bail - Secured Bond

Personal History | Offender History | Photos | Fingerprints | Export | Change History

Rap Sheet

**Printer Frier**

**NOTE: These fingerprint images are intended for display purposes only. They should not be considered an official record.**

1 (R. Thumb)

2 (R. Index)

3 (R. Middle)

4 (R. Ring)

5 (R. Little)

6 (L. Thumb)

7 (L. Index)

8 (L. Middle)

9 (L. Ring)

10 (L. Little)

14 (L. Slap)

12 (L. Thumb)

11 (R. Thumb)

13 (R. Slap)

**NOTE: These fingerprint images are intended for display purposes only. They should not be considered an official record.**

Limited Official Use

User

JABS

Offender History

- Return To Summary Hit List
- Refine Search Criteria
- Remember List
- Perform New Searc
- JABS Home Page

**VELEZ, CAESAR**

| | |
|---|---|
| **Trans ID:** | 23686855 |
| **FBI No:** | 651267T7 |
| **FBI Name:** | VELEZ,CESAR AGUSTO VELEZ |
| **DOB:** | 11/02/1957 |
| **Date Arrested or Received:** | 06/29/2009 |

| | |
|---|---|
| Package is | **Current** |
| Received: | 07/22/2009 9:12:20 |

**Charges:** 5001 - Bail - Secured Bond

Personal History | Offender History | Photos | Fingerprints | Export | Change History

Rap Sheet

**Printer Frier**

**Trans ID:** **23773001**
**Booking Agency:** DEA
**Detention Location:**
**Name:** VELEZ-VELEZ,Cesar Augusto
**Arresting or Receiving Agency:** DEA
**Package Receipt Date:** 07/28/20
**Arrested or Received Date:** 06/29/20
**Detention Date:**

**Charges:** 3533 - Cocaine

**Trans ID:** **23692111**
**Booking Agency:** USMS
**Detention Location:**
**Name:** VELEZ,CAESAR
**Arresting or Receiving Agency:** USMS
**Package Receipt Date:** 07/22/2009
**Arrested or Received Date:** 07/22/2009
**Detention Date:**

**Charges:** 5012 - Prob Violation-

**Trans ID:** **23686855**
**Booking Agency:** USMS
**Detention Location:**
**Name:** VELEZ,CAESAR
**Arresting or Receiving Agency:** USMS
**Package Receipt Date:** 07/22/200!
**Arrested or Received Date:** 06/29/200!
**Detention Date:**

**Charges:** 5001 - Bail - Secured Bond

**Trans ID:** **23386669**
**Booking Agency:** USMS
**Detention Location:**
**Name:** VELEZ,CAESAR
**Arresting or Receiving Agency:** USMS
**Package Receipt Date:** 06/29/2009
**Arrested or Received Date:** 06/29/2009
**Detention Date:**

**Charges:** 5015 - Failure To Appear-

Limited Official Use



Case 0:79-cr-06086-JIC Document 178-3 Entered on FLSD Docket 07/31/2009 Page 22 of 31

**VELEZ, CAESAR**

**Trans ID:** 23686855
**FBI No:** 651267T7
**FBI Name:** VELEZ,CESAR AGUSTO VELEZ
**DOB:** 11/02/1957
**Date Arrested or Received:** 06/29/2009

Package is **Current**
Received: 07/22/2009 9:12:20

**Charges:**
5001 - Bail - Secured Bond

**Rap Sheet**

**NOTE: FOR INFORMATIONAL PURPOSES ONLY. This FBI record represents the information available at time of arrest and changes may have since occurred. A new copy of the Rap Sheet should be requested from the FBI for legal or official purposes.**

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

CLARKSBURG, WV 26306

FLUSM0700 ICN E2009203000000061074

TCN 0023686855

THE ENCLOSED RECORD, DATED 2009/07/22, WITH THE FBI NUMBER 651267T7 AND IAFIS CONTROL NUMBER (ICN) E2009203000000061074 IS BEING PROVIDED AS THE RESULT OF CRIMINAL RETAIN IDENT TEN-PRINT SUBMISSION.

A CRIMINAL HISTORY REQUEST NOTIFICATION(S) WAS SENT BY THE FBI TO THE FOLLOWING ORGANIZATIONS, EXCEPT FOR THOSE INDICATING THAT THE

Case 0:79-cr-06086-JIC Document 178-3 Entered on FLSD Docket 07/31/2009 Page 23 of 31

REFERENCED SUBJECT IS DECEASED.

GEORGIA - STATE ID/GA3796245X

FBI - FBI/651267T7

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE. IF THE RESPONSE IS INCOMPLETE, PLEASE CONTACT THE CRIMINAL JUSTICE INFORMATION SERVICES DIVISION OR THE STATE BUREAU(S) TO REQUEST A COMPLETE RECORD.

FLUSM0700

US MARSHAL SERVICE

299 EAST BROWARD BLVD

FORT LAUDERDALE,FL 33301-1944

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

CLARKSBURG, WV 26306

FLUSM0700 ICN E2009203000000061074

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

83

| NAME | FBI NO. | DATE REQUESTED |
|---|---|---|
| VELEZ,CESAR AGUSTO VELEZ | 651267T7 | 2009/07/22 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1957/11/02 | 509 | 130 | BRO | BRO |

BIRTH PLACE

COLOMBIA

| FINGERPRINT CLASS | PATTERN CLASS | CITIZENSHIP |
|---|---|---|
| 04 TT 05 04 02 | RS LS RS RS AU LS AU AU LS LS | UNITED STATES |
| AA AA AA 07 AA | AU AU AU RS AU LS AU | |
| | WU RS RS | |

1-ARRESTED OR RECEIVED 1977/12/08

AGENCY-USSS MIAMI (FLSS31100)

AGENCY CASE-307C056181

CHARGE 1-PASSING COUNTERFEIT MONEY

COURT-

1978/03/14 DISPOSITION-ACQUITTED-

CHARGE-PASSING COUNTERFEIT MONEY

SENTENCE-

FOUND NOT GUILTY BY TRIAL JURY

2-ARRESTED OR RECEIVED 1979/12/04

AGENCY-DEA FORT LAUDERDALE (FLDEA0800)

AGENCY CASE-GS-80-0010 NAME USED-VELEZ,CESAR AUGUSTO

CHARGE 1-POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

CHARGE 2-CONSPIRACY TO DISTRIBUTE COCAINE

ADDITIONAL ARREST DISPOSITION-$150 SURETY

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

CLARKSBURG, WV 26306

FLUSM0700 ICN E2009203000000061074

PART 2

- FBI IDENTIFICATION RECORD - FBI NO-651267T7

3-ARRESTED OR RECEIVED 2009/06/29

AGENCY-USM ATLANTA (GAUSM0100)

NAME USED-VELEZ,CAESAR

CHARGE 1-5015 - FAILURE TO APPEAR-

COURT-

CHARGE-5015 - FAILURE TO APPEAR-

SENTENCE-

NOT YET DISPOSED

4-ARRESTED OR RECEIVED 2009/06/29A

AGENCY-USM FORT LAUDERDALE (FLUSM0700)

NAME USED-VELEZ,CAESAR

CHARGE 1-5001 - BAIL - SECURED BOND

COURT-

CHARGE-5001 - BAIL - SECURED BOND

SENTENCE-

NOT YET DISPOSED

PHOTO_INFORMATION

3-TWO PHOTOS AVAILABLE

RECORD UPDATED 2009/07/22

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON

FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL

USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

HDR/2L01339512011

ATN/E2009203000000061074339512O4

********************** CRIMINAL HISTORY RECORD **********************

Data As Of 2009-07-22

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

FBI Number 651267T7

State Id Number GA3796245X (GA)

Request Id 0000061074

Purpose Code C

Attention E20092030000000610743395l204

The information in this rap sheet is subject to the following caveats:

**THIS RESPONSE IS BEING PRODUCED FOR YOUR REQUEST SENT: 2009-07-22

(GA; 2007-08-11)

Important! Criminal history record information is obtained one of two

ways: 1) by conducting an inquiry using personal identifiers such as

87

Case 0:79-cr-06086-JIC Document 178-3 Entered on FLSD Docket 07/31/2009 Page 29 of 31

name and date of birth (name search), or 2) by submitting fingerprint cards to the Georgia Crime Information Center (GCIC). When conducting a name search for criminal history record information, there is a possibility that the information returned belongs to a different person with the same, or similar, identifiers. In this case, a positive match of the person whose criminal history record is sought requires submission of fingerprint cards to GCIC. When conducting a fingerprint search for criminal history record information, the information returned does, in fact, belong to the individual. In this case, conducting a name search using the individual's personal identifiers would be the same information. (GA; 2007-08-11)

When the information contained in a criminal history report causes an adverse employment or licensing decision the individual, business or agency making the decision must inform the applicant of all information pertinent to the decision. The disclosure must include information that a criminal history record check was conducted, the specific contents of the record and the effect the record had upon the decision. Failure to provide all such information to the person subject to the adverse decision is a misdemeanor offense under Georgia law. Additionally, any unauthorized dissemination of this record or information herein also violates Georgia law. (GA; 2007-08-11)

In the event that identifiers are not clearly associated to a specific cycle, the information is most likely non-fingerprint based information received from the Department of Corrections at the time of release from incarceration. (GA; 2007-08-11)

************************** IDENTIFICATION **************************

Subject Name(s)

VELEZ-VELEZ, CESAR AUGUSTO

Subject Description

| | | |
|---|---|---|
| FBI Number | State Id Number | |
| 651267T7 | GA3796245X (GA) | |
| Social Security Number | | |
| 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 | | |
| Sex | Race | |
| Male | White | |
| Height | Weight | Date of Birth |
| 5'08" (2009-06-23) | 180 (2009-06-23) | 1957-11-02 |
| Hair Color | Eye Color | |
| Gray Or Partially Gray | (2009-06-23)Brown (2009-06-23) | |
| Place of Birth | Citizenship | |
| COLOMBIA, REPUBLIC OF | US (2009-06-23) | |

************************* CRIMINAL HISTORY *************************

============================== Cycle 001 ==============================

| | | | |
|---|---|---|---|
| Tracking Number | 88370424936 | | |
| Earliest Event Date | 2009-06-23 | Incident Date | 2009-06-23 |

----------------------------------------------------------------------

| | |
|---|---|
| Arrest Date | 2009-06-23 |
| Arrest Case Number | 99397977 |
| Arresting Agency | GA0670200 |
| Subject's Name | VELEZ-VELEZ, CESAR AUGUSTO |
| Arrest Type | Adult |
| Charge | 1 |
| Charge Number | 88370424936001 |
| Charge Tracking Number | 88370424936 |
| Charge Literal | DRIVING WITHOUT A VALID LICENSE (MISDEMEANOR) |
| Agency | GA0670200 GWINNETT COUNTY POLICE DEPARTMENT |
| Statute | DRIVING WITHOUT A VALID LICENSE (MISDEMEANOR) |
| | (40-5-20(A); GA) |
| State Offense Code | 5440 |

89

Case 0:79-cr-06086-JIC Document 178-3 Entered on FLSD Docket 07/31/2009 Page 31 of 31

Severity Misdemeanor

************************ INDEX OF AGENCIES ************************

Agency GWINNETT COUNTY POLICE DEPARTMENT; GA0670200;

CHIEF

Address

PO BOX 602

LAWRENCEVILLE, GA 300460000

* * * END OF RECORD